IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02354-GPG

DANNY SHEA,

    Applicant

v.

RICK RAEMISCH, Executive Director, CDOC,
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

## ORDER DRAWING CASE

---

After review pursuant to D.C.COLO.CivR 8.1(a) and (b), the Court has determined that this case does not appear to be appropriate for summary dismissal and should be drawn to a presiding judge, and when applicable to a magistrate judge, D.C.COLO.LCivR 40.1(a).  Accordingly, it is

ORDERED that this case shall be drawn to a presiding judge, and when applicable to a magistrate  judge.

DATED February 2, 2016, at Denver, Colorado.

                                  BY THE COURT:

_____
Gordon P. Gallagher
United States Magistrate Judge