**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 15-cv-2354-WJM

DANNY SHEA,

        Plaintiff,

v.

RICK RAEMICSH, Executive Director, CDOC
THE ATTORNEY GENERAL OF STATE OF COLORADO,

        Defendants.

---

## ORDER FOR STATE COURT RECORD

---

        After preliminary consideration of the Application for a Writ of Habeas Corpus

filed pursuant to 28 U.S.C. § 2254, it is

        ORDERED that, **within thirty (30) days from the date of this order**, the

Respondents shall file with the Clerk of the Court, in electronic format if available, a

copy of the complete record of Applicant's state court proceedings in Denver County

District Court case number 04CR4896, including all documents in the state court file

and transcripts of all proceedings conducted in the state court, but excluding any

physical evidence (as opposed to documentary evidence) not relevant to the asserted

claims.  It is

        FURTHER ORDERED that the Clerk of the Court is directed to send copies of

this order to the following:

(1)     Clerk of the Court
        Denver County District Court
        1437 Bannock Street, Room 256
        Denver, Colorado 80202; and

(2)     Court Services Manager
        State Court Administrators Office
        1300 Broadway, Suite 1200
        Denver, Colorado  80203.


Dated this 29th day of February, 2016.

                                        BY THE COURT:

                                        _____
                                        William J. Martínez
                                        United States District Judge

2